# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LOUIS DWAYNE PILLOW, | : | Case No. 3:25-cv-75 |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| RICHARD A. BLOMMEL, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER TRANSFERRING REFERENCE

This case is hereby ordered to be transferred from Magistrate Judge Peter B. Silvain, Jr.

to Magistrate Judge Caroline H. Gentry.

**IT IS SO ORDERED.**

March 26, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge