UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LOUIS DWAYNE PILLOW,

       Plaintiff,                      Case No. 3:25-cv-75

vs.

RICHARD A. BLOMMEL,           District Judge Michael J. Newman
*et al.*,                              Magistrate Judge Caroline H. Gentry

       Defendants.

_____

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE (Doc. No. 5); (2) DENYING PLAINTIFF LOUIS DWAYNE
PILLOW'S TWO APPLICATIONS FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
(Doc. Nos. 1, 4); (3) REQUIRING PLAINTIFF TO PAY THE $405 FILING FEE BY
OCTOBER 17, 2025, IF HE WANTS TO PROCEED IN THIS CASE; AND (4)
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH AND
FINDING THAT PLAINTIFF SHOULD BE DENIED LEAVE TO APPEAL
*IN FORMA PAUPERIS***

_____

       The Court has reviewed the Report and Recommendation of Magistrate Judge Caroline H.

Gentry (Doc. No. 5), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties

have not filed objections to the Report and Recommendation and the time for doing so under Fed.

R. Civ. P. 72(b) has expired. Upon careful review of the foregoing, the Court determines that the

Report and Recommendation should be adopted.

       Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate

Judge; (2) **DENIES** Plaintiff's two applications for leave to proceed *in forma pauperis*; (3)

**ORDERS** Plaintiff to **PAY** the $405.00 filing fee **by October 17, 2025**, if he wants to proceed in

this case; and (4) **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order

would not be taken in good faith, and finds that Plaintiff should be denied leave to appeal *in forma*

*pauperis*.

Plaintiff is placed on **NOTICE** that if he does not timely pay the required $405.00 filing fee, his case may be dismissed. *See* 28 U.S.C. § 1914(a); *see also Stansberry v. Pappadeaux*, No. 1:22-cv-667, 2023 WL 2133488, at *3 (S.D. Ohio Feb. 21, 2023) (denying the plaintiff's application to proceed *in forma pauperis* and placing him on notice that if he did not pay the required filing fee within thirty days, his case may be closed on the docket).

**IT IS SO ORDERED.**

September 22, 2025                              s/*Michael J. Newman*
                                               Hon. Michael J. Newman
                                               United States District Judge