UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LOUIS DWAYNE PILLOW,

      Plaintiff,                              Case No. 3:25-cv-75

vs.

RICHARD A. BLOMMEL, *et al.*,          District Judge Michael J. Newman
                                        Magistrate Judge Caroline H. Gentry

      Defendants.

_____

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 12); (2) DISMISSING THIS CASE WITH PREJUDICE IN ITS ENTIRETY; (3) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND (4) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS***

_____

Plaintiff Louis Dwayne Pillow brings this case *pro se*[1] against Defendants Richard A. Blommel, Anna Marie Blocher, Chad M. Neumeier, Jane Doe, Kettering Health Network, City of Xenia and Melvin Planas.  Doc. No. 9.  On February 24, 2026, after review of the record, Judge Gentry ordered Plaintiff to show cause why the case should not be dismissed for failure of service of process and required a response by March 10, 2026.  Doc. No. 11.  After Plaintiff did not respond, Judge Gentry issued a Report and Recommendation ("R&R") on April 3, 2026 in which she recommended the Court dismiss this case.  Doc. No. 12.  The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Upon careful review of the foregoing, the Court determines that the R&R is well-reasoned and should be adopted.  *See Rhines v. Weber*, 544 U.S. 269 (2005).

---

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge and **DISMISSES** this case **WITH PREJUDICE**.  Additionally, pursuant to 28 U.S.C. § 1915(a), the Court **CERTIFIES** that an appeal would not be taken in good faith and accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*. This case is **CLOSED**.

   **IT IS SO ORDERED.**

April 20, 2026                                   s/*Michael J. Newman*
                                                 Hon. Michael J. Newman
                                                 United States District Judge